

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00811-CR

Richard Anthony **STEWART**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17-802
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED AS MODIFIED, and counsel's motion to withdraw is GRANTED.

SIGNED September 4, 2019.

_____
Rebeca C. Martinez, Justice